Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PATTY R. CARPER,**

                 Plaintiff,

   vs.

**JO ANNE B. BARNHART,**
Commissioner of Social Security
Administration,

                 Defendant.

Civil No. 04-6165-HA

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

---

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $6056.20 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of ___June 14___, 2005

_____
U.S. District Judge

PRESENTED BY:

By: _____
    Drew L. Johnson, OSB #75200
    Of Attorneys for Plaintiff

1 - ORDER